UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**Order Filed on June 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In Re:
DANA KEPEZENSKY
a/k/a DANA ACEVEDO
and WILLIAM KEPEZENSKY,
                    Debtor**

Case No.: 17-14812-CMG

Judge: Christine M. Gravelle

# ORDER VACATING STAY

The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: June 22, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

2

| | |
|---|---|
| Debtor: | Dana Kepezensky and William Kepezensky |
| Case No.: | 17-14812-CMG |
| Caption of Order: | Order Vacating Stay as To Personal Property |

Upon consideration of Financial Services Vehicle Trust's Motion for an Order vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001(a)(3), F.R.B.P., is hereby waived.

☒ Personal property more fully described as:
**2014 BMW 5 Series Sedan 4D 535xi AWD I6 Tur**
**V.I.N. WBA5B3C55ED535654**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-14812-CMG
Dana Kepezensky                                                         Chapter 13
William Kepezensky
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Jun 23, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2017.
db/jdb         +Dana Kepezensky,    William Kepezensky,    15 Brandywine Drive,    Matawan, NJ 07747-9684

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
               jschwartz@mesterschwartz.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              Yakov   Rudikh    on behalf of Joint Debtor William   Kepezensky yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
              Yakov   Rudikh    on behalf of Debtor Dana   Kepezensky yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                                              TOTAL: 8