UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
KEPEZENSKY, DANA & WILLIAM

Case No.: 17-14812
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

_____Barry R. Sharer_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st Floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Christine M. Gravelle___ on ___12/05/17___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
> 15 Brandywine Dr.
> Matawan, NJ
> Value: $497,091.00

Liens on property:
> Wells Fargo - $546,000.00

Amount of equity claimed as exempt: -0-

Objections must be served on, and requests for additional information directed to:

Name: Barry R. Sharer, Trustee  
Address: 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043  
Telephone No.: 856-435-3200

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Dana Kepezensky
William Kepezensky
    Debtors

Case No. 17-14812-CMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3      Date Rcvd: Nov 02, 2017
    Form ID: pdf905      Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2017.

```
db/jdb         +Dana Kepezensky,    William Kepezensky,    15 Brandywine Drive,    Matawan, NJ 07747-9684
516780431       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
516696278      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
516696280      +Bby/cbna,   50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
516696282     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
516696284      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516696285      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
516932875       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516696288      +Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
516696295       NJ E-ZPass Violation Processing Ctr,    PO Box 52005,    Newark, NJ 07101-8205
516696297       NYC Department of Finance,    PO Box 3615,    New York, NY 10008-3615
516883141       Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
516696293      +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516696294      +New Jersey Motor Vehicle Commision,    PO Box 136,    Trenton, NJ 08666-0136
516763521      +New Jersey Turnpike Authority,    Mark Schneider, Esq.,    581 Main Street,    P.O. Box 5042,
                 Woodbridge, NJ 07095-5042
516696300       Professional Account Management, LLC,    PO Box 37038,    Washington, DC 20013-7038
516822187     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
516696302      +State of New Jersey,    Motor Veicle Violaiton Surchage System,    PO Box 4850,
                 Trenton, NJ 08650-4850
516696303      +Steven Mathless, Attorney at Law,    800 Crosspoint Dr Suite D,    Columbus, OH 43230-6688
516696304      +Stevens Business Servi,    92 Bolt St # 1,    Lowell, MA 01852-5316
516696305      +Sunrise Credit Service,    234 Airport Plaza Blvd S,    Farmingdale, NY 11735-3938
516696307       Universal Fidelity LP,    P.O. Box 219785,    Houston, TX 77218-9785
516735881      +VW Credit Inc. dba Audi Financial Services,    c/o VW Credit, Inc.,    PO Box 9013,
                 Addison, Texas 75001-9013
516894109       Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA   50306-0438
516883624       Wells Fargo Bank, N.A.,    Attn: Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
516696309       Wells Fargo Hm Mortgag,    7255 Baymeadows Way,    Des Moines, IA 50306
516696310       Wffnb Retail,    Cscl Dispute Team,    Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2017 22:42:03     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2017 22:42:02     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516948914      +E-mail/Text: g20956@att.com Nov 02 2017 22:42:35     AT&T Mobility II LLC,
                 C/O AT&T Services, Inc,    Karen A. Cavagnaro-Lead Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
516696279      +E-mail/Text: bnc-applied@quantum3group.com Nov 02 2017 22:42:22     Applied Bank,
                 Po Box 17125,    Wilmington, DE 19850-7125
516743080       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 02 2017 22:35:00
                 BMW Financial Services NA, LLC,,    P.O. Box 3608,    Dublin, OH 43016
516696281       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 02 2017 22:34:29     Bmw Financial Services,
                 5515 Parkcenter Cir,    Dublin, OH 43017
516705416      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 02 2017 22:34:27
                 BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
516696283      +E-mail/Text: bankruptcy@cavps.com Nov 02 2017 22:42:18     Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
516944613      +E-mail/Text: bankruptcy@cavps.com Nov 02 2017 22:42:18     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516755355       E-mail/Text: bankruptcynotices@devry.edu Nov 02 2017 22:42:31     Devry Education Group,
                 814 Commerce Dr., Suite 200,    Oak Brook, IL  60523
516696286      +E-mail/PDF: pa_dc_ed@navient.com Nov 02 2017 22:34:29     Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
516705542       E-mail/Text: mrdiscen@discover.com Nov 02 2017 22:41:26     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516696287      +E-mail/Text: mrdiscen@discover.com Nov 02 2017 22:41:26     Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
516696290       E-mail/Text: cio.bncmail@irs.gov Nov 02 2017 22:41:36     Internal Revenue Service,
                 44 South Clinton Ave,    Trenton, NJ 08601
```

```
District/off: 0312-3          User: admin               Page 2 of 3                    Date Rcvd: Nov 02, 2017
                              Form ID: pdf905           Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516821367         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 02 2017 22:44:37
                   LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516895870        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 02 2017 22:42:02      MIDLAND FUNDING LLC,
                   PO BOX 2011,    WARREN, MI 48090-2011
516696292         E-mail/Text: bankruptcynotice@nymcu.org Nov 02 2017 22:42:25      Municipal Credit Union,
                   22 Cortlandt St,    New York, NY 10007
516696296        +E-mail/Text: bnc@nordstrom.com Nov 02 2017 22:41:34      Nordstrom/td,    13531 E Caley Ave,
                   Englewood, CO 80111-6505
516762367         E-mail/PDF: cbp@onemainfinancial.com Nov 02 2017 22:34:52      ONEMAIN FINANCIAL,
                   P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
516696298        +E-mail/PDF: cbp@onemainfinancial.com Nov 02 2017 22:34:50      Onemain Fi,    6801 Colwell Blvd,
                   Irving, TX 75039-3198
516942891         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2017 22:44:49
                   Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                   Norfolk VA 23541
516950098         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2017 22:44:50
                   Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                   Norfolk VA 23541
516951395         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2017 22:55:40
                   Portfolio Recovery Associates, LLC,    c/o Paypal,    POB 41067,    Norfolk VA 23541
516696299        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 02 2017 22:44:58
                   Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516853620         E-mail/Text: bnc-quantum@quantum3group.com Nov 02 2017 22:41:54
                   Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                   Kirkland, WA 98083-0788
516696301        +E-mail/Text: bkrpt@retrievalmasters.com Nov 02 2017 22:42:01      RMCB,    P.O. Box 1235,
                   Elmsford, NY 10523-0935
516696306        +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2017 22:35:28      Syncb/tjx Cos,    Po Box 965015,
                   Orlando, FL 32896-5015
516696977        +E-mail/PDF: gecsedi@recoverycorp.com Nov 02 2017 22:34:51      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516865766        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 02 2017 22:35:40      Verizon,
                   by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516696308        +E-mail/Text: vci.bkcy@vwcredit.com Nov 02 2017 22:42:09      Vw Credit Inc,    1401 Franklin Blvd,
                   Libertyville, IL 60048-4460
                                                                                              TOTAL: 30

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516946616*       +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516696291*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Services,    P.O. Box 9052,
                   Andover, MA 01810-9052)
516696289*       +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com, BSharer@SharerPBS.com;nj83@ecfcbis.com

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Nov 02, 2017
                              Form ID: pdf905          Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              Denise E. Carlon    on behalf of Creditor   VW Credit Inc. dba Audi Financial Services
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor   Financial Services Vehicle Trust (FSVT)
               jschwartz@mesterschwartz.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
              Yakov  Rudikh    on behalf of Joint Debtor William   Kepezensky yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
              Yakov  Rudikh    on behalf of Debtor Dana   Kepezensky yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                                             TOTAL: 9

Case 17-14812-CMG    Doc 39    Filed 11/04/17    Entered 11/05/17 00:35:06    Desc Imaged
Certificate of Notice    Page 4 of 4