UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 17-14812-CMG

Dana Kepezensky
William Kepezensky

Chapter: 7

Judge: Gravelle

Debtor(s)

**CERTIFICATION OF NO OBJECTION**

I  Alyson M. Guida , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
15 Brandywine Dr., Matawan, NJ

JEANNE A. NAUGHTON, Clerk

Date: 11/29/2017              By: Alyson M. Guida

*rev.2/10/17*