| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Dana Kepezensky | Social Security number or ITIN   xxx–xx–4823 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | William Kepezensky | Social Security number or ITIN   xxx–xx–6982 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–14812–CMG | | |

# Order of Discharge                                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dana Kepezensky                                                William Kepezensky
aka Dana Acevedo


1/3/18                                                         **By the court:**   Christine M. Gravelle
                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                        Case No. 17-14812-CMG
Dana Kepezensky                                               Chapter 7
William Kepezensky
     Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 3                  Date Rcvd: Jan 03, 2018
                              Form ID: 318                 Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db/jdb         +Dana Kepezensky,    William Kepezensky,    15 Brandywine Drive,    Matawan, NJ 07747-9684
516696280      +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
516932875       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516696295       NJ E-ZPass Violation Processing Ctr,    PO Box 52005,    Newark, NJ 07101-8205
516696297       NYC Department of Finance,    PO Box 3615,    New York, NY 10008-3615
516883141       Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
516696293      +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516696294      +New Jersey Motor Vehicle Commision,    PO Box 136,    Trenton, NJ 08666-0136
516763521      +New Jersey Turnpike Authority,    Mark Schneider, Esq.,    581 Main Street,    P.O. Box 5042,
                 Woodbridge, NJ 07095-5042
516696300       Professional Account Management, LLC,    PO Box 37038,    Washington, DC 20013-7038
516822187     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
516696302      +State of New Jersey,    Motor Veicle Violaiton Surchage System,    PO Box 4850,
                 Trenton, NJ 08650-4850
516696303      +Steven Mathless, Attorney at Law,    800 Crosspoint Dr Suite D,    Columbus, OH 43230-6688
516696304      +Stevens Business Servi,    92 Bolt St # 1,    Lowell, MA 01852-5316
516696305      +Sunrise Credit Service,    234 Airport Plaza Blvd S,    Farmingdale, NY 11735-3938
516696307       Universal Fidelity LP,    P.O. Box 219785,    Houston, TX 77218-9785
516735881      +VW Credit Inc. dba Audi Financial Services,    c/o VW Credit, Inc.,    PO Box 9013,
                 Addison, Texas 75001-9013
516696309       Wells Fargo Hm Mortgag,    7255 Baymeadows Way,    Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2018 23:18:50      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2018 23:18:48      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516948914      +EDI: CINGMIDLAND.COM Jan 03 2018 23:28:00      AT&T Mobility II LLC,    C/O AT&T Services, Inc,
                 Karen A. Cavagnaro-Lead Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
516780431       EDI: BECKLEE.COM Jan 03 2018 23:28:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516696278      +EDI: AMEREXPR.COM Jan 03 2018 23:28:00      Amex,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
516696279      +EDI: APPLIEDBANK.COM Jan 03 2018 23:28:00      Applied Bank,    Po Box 17125,
                 Wilmington, DE 19850-7125
516743080       EDI: BMW.COM Jan 03 2018 23:28:00      BMW Financial Services NA, LLC,,    P.O. Box 3608,
                 Dublin, OH 43016
516696281       EDI: BMW.COM Jan 03 2018 23:28:00      Bmw Financial Services,    5515 Parkcenter Cir,
                 Dublin, OH 43017
516705416      +EDI: AISACG.COM Jan 03 2018 23:28:00      BMW Financial Services NA, LLC,
                 c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
516696282       EDI: CAPITALONE.COM Jan 03 2018 23:28:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
516696283      +E-mail/Text: bankruptcy@cavps.com Jan 03 2018 23:19:03      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
516944613      +E-mail/Text: bankruptcy@cavps.com Jan 03 2018 23:19:03      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516696284      +EDI: CHASE.COM Jan 03 2018 23:28:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516696285      +EDI: CITICORP.COM Jan 03 2018 23:28:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
516755355       E-mail/Text: bankruptcynotices@devry.edu Jan 03 2018 23:19:12      Devry Education Group,
                 814 Commerce Dr., Suite 200,    Oak Brook, IL 60523
516696286      +EDI: NAVIENTFKASMDOE.COM Jan 03 2018 23:28:00      Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
516705542       EDI: DISCOVER.COM Jan 03 2018 23:28:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
516696287      +EDI: DISCOVER.COM Jan 03 2018 23:28:00      Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
516696288      +EDI: TSYS2.COM Jan 03 2018 23:28:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516696290       EDI: IRS.COM Jan 03 2018 23:28:00      Internal Revenue Service,    44 South Clinton Ave,
                 Trenton, NJ 08601
516821367       EDI: RESURGENT.COM Jan 03 2018 23:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516895870      +EDI: MID8.COM Jan 03 2018 23:28:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
516696292       E-mail/Text: bankruptcynotice@nymcu.org Jan 03 2018 23:19:05      Municipal Credit Union,
                 22 Cortlandt St,    New York, NY 10007
```

```
District/off: 0312-3          User: admin                Page 2 of 3              Date Rcvd: Jan 03, 2018
                              Form ID: 318               Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516696296      +E-mail/Text: bnc@nordstrom.com Jan 03 2018 23:18:09       Nordstrom/td,    13531 E Caley Ave,
                 Englewood, CO 80111-6505
516762367       EDI: AGFINANCE.COM Jan 03 2018 23:28:00      ONEMAIN FINANCIAL,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
516696298      +EDI: AGFINANCE.COM Jan 03 2018 23:28:00      Onemain Fi,    6801 Colwell Blvd,
                 Irving, TX 75039-3198
516942891       EDI: PRA.COM Jan 03 2018 23:28:00      Portfolio Recovery Associates, LLC,
                 c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
516950098       EDI: PRA.COM Jan 03 2018 23:28:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516951395       EDI: PRA.COM Jan 03 2018 23:28:00      Portfolio Recovery Associates, LLC,    c/o Paypal,
                 POB 41067,    Norfolk VA 23541
516696299      +EDI: PRA.COM Jan 03 2018 23:28:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
516853620       EDI: Q3G.COM Jan 03 2018 23:28:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
516696301      +EDI: RMCB.COM Jan 03 2018 23:28:00      RMCB,   P.O. Box 1235,    Elmsford, NY 10523-0935
516696306      +EDI: RMSC.COM Jan 03 2018 23:28:00      Syncb/tjx Cos,    Po Box 965015,    Orlando, FL 32896-5015
516696977      +EDI: RMSC.COM Jan 03 2018 23:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516865766      +EDI: AIS.COM Jan 03 2018 23:28:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516696308      +E-mail/Text: vci.bkcy@vwcredit.com Jan 03 2018 23:18:55       Vw Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
516894109       EDI: WFFC.COM Jan 03 2018 23:28:00      Wells Fargo Bank, N.A.,    PO Box 10438,
                 Des Moines, IA    50306-0438
516883624       EDI: WFFC.COM Jan 03 2018 23:28:00      Wells Fargo Bank, N.A.,
                 Attn: Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
516696310       EDI: WFFC.COM Jan 03 2018 23:28:00      Wffnb Retail,    Cscl Dispute Team,
                 Des Moines, IA 50306
                                                                                                TOTAL: 39

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516946616*     +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516696291*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Services,    P.O. Box 9052,
                 Andover, MA 01810-9052)
516696289*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                         TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer     CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Inc. dba Audi Financial Services
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
               jschwartz@mesterschwartz.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Jan 03, 2018
                              Form ID: 318             Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        William M.E. Powers, III   on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
        Yakov   Rudikh    on behalf of Joint Debtor William   Kepezensky yrudikh@gmail.com,
         rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
        Yakov   Rudikh    on behalf of Debtor Dana   Kepezensky yrudikh@gmail.com,
         rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com

                                                                         TOTAL: 9